

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-09-139-CR

JARVIS DION KNOXSON                                         APPELLANT

V.

THE STATE OF TEXAS                                              STATE

------------

FROM THE 213TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant, Jarvis Dion Knoxson appeals his conviction of aggravated robbery with a deadly weapon and sentence of fifteen years' confinement. In one point, Appellant complains that the trial court erred in admitting four previous convictions because they were not sufficiently linked to Appellant. We hold that the trial court did not err and affirm the trial court's judgment.

As no error is lodged with respect to the trial at the guilt-innocence stage, but solely with regard to the punishment phase, no discussion of the facts on the merits is warranted. We turn to the error raised.

---

[1]See Tex. R. App. P. 47.4.

During the punishment phase of the trial, the State offered into evidence nine previous convictions. Appellant objected to four of the previous nine convictions, and the other five previous convictions were admitted without objection. Regarding the four objected-to convictions, the fingerprints on these conviction exhibits could not be identified as those of Appellant. However, the exhibits do have Appellant's name, address—with a minor misspelling of the name of the street that Appellant lived on, and date of birth. Additionally, each objected to exhibit had Appellant's signature on it. The jury was free to compare those signatures to those on the other conviction exhibits. This evidence is sufficient to support the jury's finding that Appellant was linked to each of the objected-to convictions. *See Flowers v. State*, 220 S.W.3d 919, 921–22 (Tex. Crim. App. 2007); *Jones v. State*, No. 02-08-00298-CR, 2009 WL 1905372, at *2 (Tex. App.—Fort Worth July 2, 2009, pet. dism'd).

We therefore overrule Appellant's sole point and affirm the trial court's judgment.

CHARLES BLEIL
JUSTICE

PANEL: GARDNER and WALKER, JJ.; and CHARLES BLEIL (Senior Justice, Retired, Sitting by Assignment).

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: August 30, 2010